

New Jersey Office
130 Pompton Avenue
Verona Nj 07044
(973) 239-4300

New York Office
48 Wall Street – 5ᵗʰ fl.
NYC, NY 10005
(646) 779-2746

Lorraine@lgrlawgroup.com
www.lgaulirufo.com
Fax: (973) 239-4310

November 2, 2020

*Via ECF*
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Application Granted.

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

11 - 4 - 20

Re:   Reappointment Pursuant to the CJA for
Compassionate Release Motion for Robert Gilliard
***United States v. Gilliard*, 17 Cr. 443 (KBF)**

Dear Judge Forrest:

I represented Robert Gilliard in the above criminal matter before Your Honor several years ago. Mr. Gilliard is still serving a sentence on these charges, and contacted my office seeking my help to assist him in filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). I would respectfully request that Your Honor re-appoint me in this matter.

Respectfully submitted,
s/ Lorraine Gauli-Rufo, Esq.
CJA Attorney

cc:  All Counsel of Record